```
                    UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF TENNESSEE
                          NASHVILLE DIVISION
```

SOUTHERN ELECTRICAL RETIREMENT )
FUND,                          )
                               )
     Plaintiff,                )
                               )
     v.                        )    NO. 3:10-1119
                               )    Judge Haynes/Bryant
JUSTIN GRAVES,                 )
                               )
     Defendant.                )

## O R D E R

The plaintiff has filed a Notice of Voluntary Nonsuit (Docket Entry No. 8) in this matter. The initial case management conference previously scheduled before the undersigned on Monday, February 14, 2011, at 11:30 a.m. (Docket Entry No. 7) is **CANCELED**. There is nothing further to be done by the undersigned Magistrate Judge in this matter. Therefore, the Clerk is directed to return the file to the District Judge for his consideration of the notice of dismissal.

It is so **ORDERED**.

                              s/ John S. Bryant
                              JOHN S. BRYANT
                              United States Magistrate Judge